# STATE OF LOUISIANA

## COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                NO. 2021 KW 1201

VERSUS

KEVIN BRIAN HAYES                                 **NOVEMBER 29, 2021**

---

In Re:    Kevin Brian Hayes, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 498,383.

---

**BEFORE:    GUIDRY, HOLDRIDGE, CHUTZ, JJ.**

**WRIT DENIED.**

**JMG**
**GH**
**WRC**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT